983 F.2d 1050
 Haskins (Carl J., Jr.)
v.
State of Delaware, Humphrey (John R.), Warrington (Julie),
Jennings (Kathleen), Durstine (Ralph K., III), Gebieline
(Richard S.), Blom (Debra), Caponie (Jerome M.), Berke
(Charles), George (William), Fairbanks (Richard, Jr.),
Wharton (Farris), Herlihy (Joseph O.), Bernstein (Joseph M.)
 NO. 92-7344
 United States Court of Appeals,
Third Circuit.
 Dec 07, 1992
 
 Appeal From: D.Del.,
 McKelvie, J.
 
 
 1
 AFFIRMED.